ACCEPTED
06-15-00052-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 11:26:38 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NOS. 06-15-00052-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/28/2015 11:26:38 AM

DEBBIE AUTREY
Clerk

_____

RALPH BARBA, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 102ND JUDICIAL DISTRICT COURT
RED RIVER COUNTY, TEXAS; HONORABLE BOBBY LOCKHART'
TRIAL COURT NO. CR02113

_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Val J. Varley
Red River County and District Attorney
Red River County Courthouse
400 North Walnut Street
Clarksville, Texas     75426-4012
(903) 427-2009
(903) 427-5316 (Fax)

**ATTORNEYS FOR STATE OF TEXAS**

1

CAUSE NO. 06-15-00052-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA
_____

RALPH BARBA, JR., Appellant

V.

THE STATE OF TEXAS, Appellee
_____

ON APPEAL FROM THE 102ND JUDICIAL DISTRICT COURT
RED RIVER COUNTY, TEXAS; HONORABLE BOBBY LOCKHART'
TRIAL COURT NO. CR02113
_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME FOR FILING BRIEF
_____

TO THE HONORABLE SIXTH COURT OF APPEALS AT TEXARKANA:

COMES NOW, the State of Texas, by and through the elected County & District Attorney, Val J. Varley, and the Red River County & District Attorney's office ("the State"), respectfully submits this Motion to Extend Time to File the Appellee's (State's) Brief under Rules 10 and 38 of the

2

Texas Rules of Appellate Procedure. The State moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about October 21, 2015, the appellant (Ralph Barba, Jr.) filed his brief in the above-styled and numbered appellate cause.

The State's Brief was due on or before Monday, December 21, 2015. The State seeks an additional seven (7) days in which to file its brief.

## II.

This is an appeal from the 102ND Judicial District Court of Red River County, Texas. The District Court cause number was CR2113.

## III.

In this Court, the appellant filed his Notice of Appeal on or about March 26, 2015. The District Clerk of Red River County filed the Clerk's Record on or about June 17, 2015. The official court reporter filed the Reporter's Record on or about August 20, 2015.

## IV.

The present deadline for filing Appellee's (State's) Brief was Monday, December 21, 2015. On one previous occasion, the State sought an extension of time to file its brief, which this Court granted on November 19,

2015.

V.

Since November 19th, counsel for the appellee (State) was preparing for the scheduled grand jury proceedings, which occurred on November 24th. The Thanksgiving holidays followed on November 25-26th, which were county holidays in Red River County. On November 30th, counsel for the appellee (State) had scheduled appointments to meet with witnesses in the re-trial of cause number CR01125 styled *The State of Texas v. Billy Ray Bryant* in the 102nd District Court of Red River County. *See Ex parte Bryant*, 449 S.W.3d 82 (Tex. Crim. App. 2014); *Bryant v. State*, 282 S.W.3d 156 (Tex. App.--Texarkana 2009, pet. ref'd).

From December 1st through December 4th, counsel for the appellee (State) attended the annual, elected prosecutor conference at the *Cantera Resort* in San Antonio. On Monday, December 7th, counsel for the appellee (State) had a criminal docket (pre-trials, revocations and pleas) in the 102nd District Court of Red River County. On Tuesday, December 8th, counsel had a criminal docket in the County Court of Red River County. After December 8th, counsel for the appellee (State) had a scheduled criminal docket (arraignments, revocations and pleas) for December 14th in the 6th Judicial District Court of Red River County. During the week of December

4

14th, counsel for the appellee (State) was preparing cases for grand jury proceedings on December 22, 2015.

Finally, the County and District Attorney's Office of Red River County was closed on each Friday during the month of December, 2015 (December 4th, December 11th and December 18th). The Christmas holidays fell on Thursday, December 24th and Friday, December 25, 2015.

Due to these circumstances, counsel for the appellee (State) was unable to complete the necessary research to prepare the appellee's (State's) brief in this appellate cause, thus necessitating this second request for an extension of time. Counsel for the appellee (State) sent an e-mail to this Court with its explanation for the delay. If the time is extended one week or seven (7) days to Monday, December 28th, the State will have sufficient time to file its completed brief.

## VI.

The purpose of this motion is not for delay, but so that justice may be had by all parties. As the appellee, the State requests that an extension of time be granted until Monday, December 28, 2015 for the filing of Appellee's (State's) Brief.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to the Court's motion docket, this

5

Court grant this Second Motion to Extend Time to File Appellee's (State's) Brief in its entirety and grant an additional thirty (30) days in which to file its Brief on or before Monday, December 28, 2015; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Val J. Varley
Red River County and District Attorney
Red River County Courthouse
400 North Walnut Street
Clarksville, Texas      75426-4012
(903) 427-2009
(903) 427-5316 (Fax)


By:__/s/Val Varley_____
        Val J. Varley
        SBN # 20496580
        valvarley@valornet.com

**ATTORNEYS FOR THE STATE OF TEXAS**

# **VERIFICATION**

THE STATE OF TEXAS      §
                                    §

COUNTY OF RED RIVER      §

BEFORE ME, the undersigned authority, on this day personally appeared Val J. Varley, who after being duly sworn stated:

> I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Second Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

/s/Val Varley_____
Val J. Varley

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the Motion to Extend Time for Filing Appellee's (State's) Brief has been served on the 28th day of December, 2015 upon the following:

Don Biard
Attorney at Law
38 First Northwest
Paris, TX     75460

/s/Val Varley_____
VAL J. VARLEY
valvarley@valornet.com